**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In Re:<br><br>TREASURED ARTS, INC.<br><br>              Debtor(s) | Case No.   09-08681-HEB<br><br>Chapter 7 |

REPORT OF SALE

DATE OF SALE: July 28, 2010

TYPE OF SALE:   Private

PROPERTY SOLD: a 1998 Chevrolet Corvette, VIN 1G1YY32G1W5122684 and a 1998 Lexus LX470, VIN JT6HT00WXW0008203.  The Corvette is titled to Danny R. Booker or Treasured Arts, Inc.  The Trustee's position is that the asset belongs to the estate.  Both assets are unscheduled.

PURCHASER: Auto Depot, 945 West Blue Ridge Drive, Greenville, SC 29605, not an insider

PRICE:   $4,000.00 for the Corvette and $2,000.00 for the Lexus

SALES AGENT/AUCTIONEER/BROKER:   W. M. Hales, Inc.

COMMISSION PAID ON SALE: 10% of $6,000.00 = $600.00

EXPENSES OF SALE:    none

DEBTOR'S EXEMPTION: None.  Property not exempt.

LIENS PAID FROM SALE PROCEEDS/ATTACHING TO PROCEEDS: None known to the trustee.

NET TO ESTATE:  $5,400.00

AMOUNT DISBURSED TO DATE/RETAINED BY TRUSTEE:  $5,400.00

                                          /s/John K. Fort
                                          John K. Fort
                                          Trustee
                                          PO Box 813
                                          Drayton, SC  29333
                                          (864) 573-5311

August 2, 2010
Spartanburg, South Carolina

```
-----------------------------------------------------------------
                         W. M. Hales, Inc.
                         100 Ladykirk Lane
                Greer, South Carolina  29650-3786
                   (864) 268-6969; (864) 901-8000
-----------------------------------------------------------------
Ledger Activity Report                               Jul 28, 2010
-----------------------------------------------------------------


-----------------------------------------------------------------
Acct # 40046    09-08681 Treasured Arts
    Date              Description             Debit        Credit
-----------     ------------------------   -----------  -----------
Jul 28, 2010    Deposit/Auto Depot                         6,000.00
Jul 28, 2010    W. M. Hales, Inc. #1741       600.00
Jul 28, 2010    John Fort, Trustee #1742    5,400.00
                                           -----------  -----------
                                            6,000.00     6,000.00
Beginning Balance:           0.00
   Ending Balance:           0.00
-----------------------------------------------------------------
```